UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-00165-SSC                    Date: March 31, 2025

Title      Cesar Acevedo v. Onik Minassian, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:
None Present                          None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause re Lack of Prosecution**

   On October 19, 2024, Plaintiff filed this action against Defendants Onik Minassian and Maher Shamieh. On February 5, 2025, Plaintiff served Defendants. (ECF 7; ECF 8.) Defendants failed to respond, and Plaintiff has not sought entry of default against Defendants.

   Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **April 14, 2025**, why this action should not be dismissed for lack of prosecution. The Court will consider as an appropriate response to this order to show cause the filing of an application for entry of default under Federal Rule of Civil Procedure 55(a) on or before **April 14, 2025**, upon filing of which, this order to show cause will automatically be discharged. Failure to respond to this

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-00165-SSC                                  Date: March 31, 2025

Title   Cesar Acevedo v. Onik Minassian, et al.

order to show cause will be deemed consent to the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |